Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JJY ENTERPRISES, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a mutual insurance corporation, and OHIO SECURITY INSURANCE COMPANY, an Ohio Corporation,<br><br>Defendants. | No. 3:21-cv-05715-BHS<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

### 1) **STIPULATION**

The undersigned parties having resolved this matter, it is stipulated by the parties that all claims be dismissed with prejudice and without costs or attorney's fees to any party and that the Order below dismissing those claims may be entered.

Dated this 24th day of February, 2022.          Dated this 24th day of February, 2022.

FORSBERG & UMLAUF, P.S.                          SMYTH & MASON, PLLC


*s/Matthew S. Adams*_____            _*s/Jeff Smyth*_____
Matthew S. Adams, WSBA No. 18820               Jeff Smyth, WSBA #6291
Jennifer E. Aragon, WSBA No. 45270             *Attorney for Plaintiff*
*Attorneys for Defendants*

---

STIPULATION AND ORDER OF DISMISSAL – 1
CAUSE NO. 3:21-cv-05715-BHS

3174011 / 1377.0167

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

**2) ORDER**

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore

IT IS SO ORDERED that all claims by and between the parties be dismissed with prejudice and without costs or attorney's fees to any party.

Dated this 25th day of February, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

| FORSBERG & UMLAUF, P.S. | SMYTH & MASON, PLLC |
|---|---|
| *s/Matthew S. Adams*_____ | *s/Jeff Smyth*_____ |
| Matthew S. Adams, WSBA No. 18820 | Jeff Smyth, WSBA #6291 |
| Jennifer E. Aragon, WSBA No. 45270 | *Attorney for Plaintiff* |
| *Attorneys for Defendants* | |

STIPULATION AND ORDER OF DISMISSAL – 2
CAUSE NO.  3:21-cv-05715-BHS

3174011 / 1377.0167

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX